**EDWARD E. GILLEN CO., and
GILLEN MARINE, LLC,**
    **Plaintiffs,**

 v.             Case No. 12-CV-00024

**FH PASCHEN SN NIELSEN &
ASSOCIATES, LLC,**
    **Defendant.**

## ORDER

In the complaint, plaintiffs allege that this court has subject-matter jurisdiction over this case pursuant to 28 U.S.C. § 1332 because there is complete diversity between the parties. However, plaintiffs are Wisconsin citizens, and defendant has submitted evidence indicating that it is also a citizen of Wisconsin. Thus, I find that there is not complete diversity and that this court has no jurisdiction over this case.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 10th day of April, 2012.

              s/_____
              LYNN ADELMAN
              District Judge