# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**EDWARD E. GILLEN CO., and**
**GILLEN MARINE, LLC,**
        **Plaintiffs,**

    v.                                              Case No. 12-CV-00024

**FH PASCHEN SN NIELSEN &**
**ASSOCIATES, LLC,**
        **Defendant.**

---

## ORDER

In the complaint, plaintiffs allege that this court has subject-matter jurisdiction over this case pursuant to 28 U.S.C. § 1332 because there is complete diversity between the parties. However, plaintiffs are Wisconsin citizens, and defendant has submitted evidence indicating that it is also a citizen of Wisconsin. Thus, I find that there is not complete diversity and that this court has no jurisdiction over this case.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 10th day of April, 2012.

                                            s/_____
                                            LYNN ADELMAN
                                            District Judge